United States District Court
Southern District of Texas
**ENTERED**
April 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ERICH KAISER on Behalf of Himself and on Behalf of Others Similarly Situated, Plaintiff, v. BUGS, INC., ANITA MANCINI and GARY MANCINI, Defendants. | § § § § § § § § § CIVIL ACTION NO. H-20-460 |

## ORDER

On April 8, 2021, the Parties filed a Stipulation of Dismissal with Prejudice (docket no. 17) asserting that they have settled all disputes and stipulate to the dismissal of this action. Accordingly, this Court accepts the stipulation and this action is hereby DISMISSED with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 9th day of April, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE